**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PASTOR A. MARTINEZ,**

          **Plaintiff,**

**-vs-**                                         **Case No. 6:09-cv-509-Orl-31DAB**

**MTEL-ONE, INC., and JILL MORALES,**

          **Defendants.**

_____

# ORDER

This matter came before the Court *sua sponte* and upon consideration of Defendants', Mtel-One, Inc. and Jill Morales ("Defendants"), Motion to Dismiss for Improper Venue and to Transfer Case (the "Motion to Dismiss") (Doc. 11). Plaintiff, Pastor A. Martinez ("Plaintiff"), has failed to respond to the Motion.

Plaintiff originally brought this Fair Labor Standards Act suit in Volusia County Court on February 2, 2009 (Doc. 2). Defendants removed the action to this Court (Doc. 1) and on April 9, 2009 moved to dismiss (or transfer) the case pursuant to FED. R. CIV. P. 12(b)(3) (Doc. 11). Inasmuch as no Defendant resides in this district and all of the events giving rise to Plaintiff's claims occurred outside this district, Defendants contend that venue is improper in the Middle District of Florida (Doc. 11).

On April 22, 2009, Plaintiff's counsel moved to withdraw his representation as Plaintiff's counsel (Doc. 17). Notwithstanding the pending Motion to Withdraw, Plaintiff failed to respond to the Motion to Dismiss. Plaintiff's response was due on April 27, 2009. The Court held a

hearing on June 1, 2009, granted Plaintiff's counsel Motion to Withdraw, and permitted Plaintiff to find new counsel by no later than July 1, 2009 (Doc. 28). As of July 9, 2009, however, Plaintiff had still not obtained new counsel or responded to the Motion to Dismiss.

Upon review, Defendant's Motion to Dismiss appears to have merit and will be granted as unopposed. The uncontroverted affidavit of Defendant Jill Morales filed in support of Defendants' Motion to Dismiss strongly suggests that venue is improper in the Middle District of Florida (Doc. 11-2). Furthermore, while Plaintiff's former counsel arguably should have responded to the Motion to Dismiss while his Motion to Withdraw was still pending, the Court permitted Plaintiff until July 1, 2009 to obtain new counsel and forestalled ruling on the Motion to Dismiss. Plaintiff, however, failed to obtain new counsel and the Motion to Dismiss has now remained pending on the Court's docket for more than three months. Accordingly, Defendants' Motion to Dismiss will be granted and this case will be dismissed without prejudice.

Based on the foregoing, it is **ORDERED** that Defendants' Motion to Dismiss for Improper Venue and to Transfer Case (Doc. 11) is **GRANTED** in part. This case is hereby **DISMISSED** without prejudice, each party to bear its own fees and costs. Plaintiff may re-file his case in a court where venue is proper.

The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 10, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE